## SECOND DEPARTMENT, JUNE, 1939.
### (June 1, 1939.)

FRANCIS W. GREENE, Petitioner, v. HOWARD DUNSCOMB and Others, as and Constituting THE BOARD OF TRUSTEES OF THE VILLAGE OF OSSINING, Respondents. — Submission of controversy on an agreed statement of facts. The petitioner, acting police justice of the village of Ossining, contends that his compensation should be fixed by the board of trustees of the village and paid in equal monthly installments. The respondents contend that petitioner is entitled to the compensation provided by section 145 of chapter 667 of the Laws of 1910, as amended. Judgment unanimously directed in favor of respondents in accordance with paragraphs 1, 2, 3, 5 and 6 of respondents' request for relief, without costs. In reaching this determination we do not deem it necessary and have not passed upon the constitutionality of chapter 567, Laws of 1938.* Leave to appeal to the Court of Appeals is hereby granted to petitioner. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

### (June 2, 1939.)

FREDERICK WILLIAM BOELSEN, Respondent, v. RUTH LAMPARD BOELSEN, Appellant. (Appeal No. 1.) — In a matrimonial action, order denying defendant's motion for an order permitting her to examine her husband before trial concerning his income and property affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

FREDERICK WILLIAM BOELSEN, Respondent, v. RUTH LAMPARD BOELSEN, Appellant. (Appeal No. 2.) — Order, in so far as it denies defendant's renewed application for custody of the children and awards her twenty-five dollars a week alimony from April 12, 1939, affirmed, without costs. The facts bearing upon the custody of the children and the alimony will be determined with finality upon the trial. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

### (June 5, 1939.)

BANKERS TRUST COMPANY, Respondent, v. HARRY ROSENWASSER, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

VIOLA M. BRODERICK, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THOMAS M. FITZPATRICK, Appellant, v. ANNA B. FITZPATRICK, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MILDRED GOLDMAN, Appellant, Respondent, v. ROBERT J. GOLDMAN, Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

*Adding Village Law, § 381, subd. 6.